# UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### San Francisco Venue

## Amended Petition for Summons for Offender Under Supervision

**Name of Offender**  
Michael Punzal

**Docket Number**  
0971 3:13CR00654-001 WHO

**Name of Sentencing Judge:** The Honorable William H. Orrick III  
United States District Judge

**Date of Original Sentence:** September 4, 2014

**Original Offense**  
Count One: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1), a Class C Felony.

**Original Sentence:** 60 months custody; 3 years supervised release  
**Special Conditions:.** $100 special assessment; search; no association with Towerside gang; shall not to be in the vicinity of the Towerside Safety Zone without the prior permission of the probation officer; DNA; weapons prohibition.

**Prior Form(s) 12:** On September 7, 2018, a Form 12 Petition for Summons for Offender Under Supervision was filed, alleging Charge Number One indicated below in this petition. The summons was set for September 18, 2018. On said date, Mr. Punzal reported to the courtroom as directed; however, when the case was called, Mr. Punzal had left the courtroom and never returned. As such, the Magistrate Judge ordered a warrant for his arrest. Mr. Punzal has been in absconder status since September 18, 2018. Mr. Punzal will need to be arraigned on all of the charges listed below upon his return.

**Type of Supervision**  
Supervised Release  
**Assistant U.S. Attorney**  
Acadia Senese

**Date Supervision Commenced**  
March 19, 2018  
**Defense Counsel**  
Daniel Blank (AFPD)

### Petitioning the Court

To take notice of the violation conduct in this Amended Petition for Summons for Offender Under Supervision.

I, Octavio E. Magaña, a Probation Officer employed in the United States District Court for the Northern District of California, solemnly affirm and declare, under penalty of perjury, that to the best of my information and belief, the facts set forth in this affidavit are true and correct. The

RE:  Punzal, Michael                                                                                                          2
     0971 3:13CR00654-001 WHO

factual affirmations made below are based on my personal knowledge, on official records or documents generated and maintained by my agency in the course of performing its functions, on official records or documents generated and maintained by other government agents or agencies in the course of performing their functions, or on information provided to me orally or electronically by employees or agents of other public agencies (information developed or acquired in the course of performing official agency functions).

| Charge Number | Violation |
|---|---|
| One | There is probable cause to believe that Mr. Punzal violated the general condition which states that he shall not commit another Federal, state, or local crime. |

        On August 23, 2018, Mr. Punzal was involved in auto burglaries, and was in possession of burglary tools, in violation of California Penal Code § 459 – Second Degree Burglary; §182 – Conspiracy; and §272 (a)(1) - Contributing to the Delinquency of a Minor (misd.).

        Mr. Punzal posted bail after his arrest and notified me shortly thereafter. Mr. Punzal was arraigned in state court on August 29, 2018, and a preliminary hearing was set for October 17, 2018. According to the police report, plain clothes police officers observed Mr. Punzal parallel park. The passenger of the vehicle exited and appeared to have burglarized a vehicle. The passenger then re-entered Mr. Punzal's vehicle and they left the area. Officers followed and made contact with both subjects after they had parked and exited the vehicle. The report indicates that due to the fluidity of the situation and inherent nature of approaching the heavily tinted vehicle, one of the officers drew his weapon while identifying himself and gave verbal commands. Both Mr. Punzal and the passenger began to run from the scene. Multiple officers approached and yelled, "Police!" Mr. Punzal stopped and was taken into custody without further incident.

        The above violation is evidenced by San Francisco Police Department report number 180635854, and chronological notes dated September 4, 2018.

| Charge Number | Violation |
|---|---|
| Two | There is probable cause to believe Mr. Punzal violated the general condition which states that he shall not commit another Federal, state or local crime. |

        On September 8, 2018, Mr. Punzal was a suspect of a robbery at a check cashing place in Antioch, California.

        The above violation is evidenced by Antioch Police Department report number 18-8913, and chronological notes dated September 17, 2018.

RE:   Punzal, Michael                                                                                                    3
       0971 3:13CR00654-001 WHO

| Charge Number | Violation |
|---|---|
| Three | There is probable cause to believe that Mr. Punzal violated the general condition which states he shall not commit another Federal, state, or local crime. |

On September 26, 2018, Mr. Punzal was involved in the murder of Ludaughn Love.

According to a letter from Oakland Police Homicide Detective, Jason Turner, police officers responded to a Shotspotter call on 83rd Avenue, Oakland. Upon arrival, officers found victim Love on the ground with multiple gunshot wounds. Love was pronounced dead at the scene. According to the letter, a video shows the victim loitering in the area when a white SUV stops in the roadway. The driver and passenger both get out and walk toward the victim. Flashes of light are seen and both subjects return to the SUV and leave the scene. On October 9, 2018, patrol officers advised they had gotten into a pursuit with a white SUV, believed to be to the same vehicle involved in the murder. The vehicle crashed and the driver got away. The passenger, Darrious York was arrested. Mr. York stated he was a passenger and his friend, "Snacks" was the driver. Mr. York then invoked his Miranda rights. A Google check of Michael Punzal revealed a San Francisco Police Department gang predicate showing an AKA for Punzal is "Snacks." A warrant to search the phones found in the SUV revealed that one belonged to Mr. York and the other belonged to Mr. Punzal. Within Mr. Punzal's phone, he is referenced as Snacks. The day before the murder, Mr. Punzal videos himself and York inside the white SUV. The day after the murder, Mr. Punzal sends Mr. York a text message containing a screenshot of the Eastbay Times headline of the murder. Another video on Mr. Punzal's phone show Mr. Punzal videoing Mr. York and a handgun can be observed on a kitchen table. Both Mr. Punzal and Mr. York's phone records show they were near the crime scene of the victim's murder at about the time of the murder. This case is still under investigation. According to Turner, Mr. Punzal is a suspect in the murder case. Mr. Punzal is in custody on the Ramey warrant.

Evidence in support of this charge includes the letter received by Oakland Police Homicide Detective Jason Turner, Arrest Warrant filed in the Superior Court of California, County of San Mateo filed on November 28, 2018, and chronological notes dated April 16, 2019.

RE:  Punzal, Michael 4
     0971 3:13CR00654-001 WHO

| Charge Number | Violation |
|---|---|
| Four | There is probable cause to believe that Mr. Punzal violated special condition number six, which states he shall not own or possess any firearms, ammunition, destructive devices, or other dangerous weapons. |

On January 4, 2019, Mr. Punzal was in possession of four firearms.

According to the Daly City Police report, on January 4, 2019, Daly City police responded to a welfare check at 568 Verducci Drive, Daly City, CA. This was in response to a report from a teacher at Headstart who stated that a student had informed the teacher that his "uncle snacks" had "real" guns in the house.

Upon arriving to the residence, the mother of the child denied that any one else was at the residence besides her and the child. After entering the residence, officers discovered a male in her bedroom, who was later identified as Michael Punzal. Mr. Punzal initially gave officers a false name. After utilizing various law enforcement databases, the officers were able to identify Mr. Punzal and confirm his active warrants. Officers promptly placed him under arrest and retrieved a search warrant for the property. During the search, officers located four different firearms and ammunition. The firearms found included an assault rifle with no serial number, a .40 caliber Berreta handgun (serial number #PY91702), a Glock handgun (serial number #BFPE970) with a 9mm Glock box, and a .40 caliber Glock handgun (serial number #BDDR665). Mr. Punzal was taken into custody.

The above violation is evidenced by Daly City Police report #19000088 and chronological notes dated January 8, 2019.

Based on the foregoing, we request that the Court take judicial notice of the additional charges and incorporate them into the petition filed on September 7, 2018.

Respectfully submitted,                                   Reviewed by:

_____                                _____
Octavio E. Magaña                                         Aaron Tam
U.S. Probation Officer Specialist                         Supervisory U.S. Probation Officer
Date Signed: April 24, 2019

**RE:**   Punzal, Michael                                                                                                                5
            0971 3:13CR00654-001 WHO

Having considered the information set forth above, the court finds there is probable cause to believe there has been a violation of the conditions of supervision and orders:

xx   The Court takes notice of the Amended Petition for Summons for Offender Under
☐    Supervision and incorporates the additional charges into all future proceedings.


☐    Other:


April 25, 2019                                            _____
Date                                                       William H. Orrick III
                                                           United States District Judge

**RE:**   Punzal, Michael                                                                                                6
         0971 3:13CR00654-001 WHO


APPENDIX

Grade of Violations:  A [USSG §7B1.1(a)(1), p.s.]

Criminal History at time of sentencing:  VI

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **Custody:** | Two years | 33-41 Months |
|  | 18 U.S.C. § 3583(e)(3) | USSG §7B1.4(a), p.s. |
| **Supervised Release:** | 36 months less any term of imprisonment (that was imposed on revocation of supervised release | 36 months less any term of imprisonment (that was imposed on revocation of supervised release) |
|  | 18 U.S.C. § 3583(h) | USSG §7B1.3(g)(2), p.s. |
| **Probation:** | Not applicable | Not applicable |